IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MARY CATHERINE BARENKLAU, Individually as surviving spouse, and as Administratrix of the Estate of JASON AUGUST BARENKLAU, deceased, | * * * | Civil Action File No.: 4:19-cv-208-AT |
| Plaintiff, | * | |
| v. | * | |
| RAILCREW XPRESS, LLC, KRISTINA PAIGE ABERNATHY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | * * * | |
| Defendants. | | |

_____

**JOINT MOTION FOR EXTENSION OF TIME
TO COMPLETE DISCOVERY**
_____

COMES NOW Plaintiff MARY BARENKLAU, individually as the surviving spouse and as Administratrix of the ESTATE OF JASON AUGUST BARENKLAU (hereinafter "Plaintiff") and Defendants Railcrew Xpress, LLC, Kristina Paige Abernathy, and Liberty Mutual Fire Insurance Company (collectively, "Defendants"), by and through undersigned attorneys, pursuant to Local Rule 16(b) hereby respectfully submit their motion for an extension of time

4849-7301-0359.1

to complete discovery. As explained in the attached memorandum, an extension of time is necessary in order to complete necessary discovery, particularly in light of the challenges posed by the spread of coronavirus and COVID-19 in scheduling and carrying out depositions.

WHEREFORE, the parties request the Court to enter an order granting an extension until July 21, 2020 to complete all fact and expert discovery. A proposed Order granting the Joint Motion is attached hereto.

This 23rd day of March, 2020.

                                     Respectfully submitted,

By: _____
      Joshua P. Weiss (Ga. Bar No. 500861)
      *ATTORNEY FOR PLAINTIFF*
      CAVETT, ABBOTT & WEISS, PLLC
      801 Broad Street, Suite 428
      Chattanooga, TN 37402
      Telephone: 423-265-8805
      Fax: 423-267-5915
      Email: josh@cawpllc.com

By:/s/ *Jeffrey Adams* \*Signed with Express Written Permission
    Willie C. Ellis Jr. (Ga. Bar No. 246116)
    Jeffrey S. Adams (Ga. Bar No. 164671)
    *ATTORNEYS FOR KRISTINA PAIGE ABERNATHY*
    HAWKINS PARNELL & YOUNG, LLC
    303 Peachtree Street, NE, Suite 4000
    Atlanta, GA 30308
    Telephone: 404-614-7400
    Fax: 404-614-7500
    Email: wellis@hpylaw.com
           jadams@hpylaw.com

By: */s/ Adi Allushi* \* Signed with Express Written Permission
    FRANKLIN P. BRANNEN, JR.
    Georgia Bar No. 076432
    ADI ALLUSHI
    Georgia Bar No. 852810
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    1180 Peachtree Street, N.E.
    Suite 2900
    Atlanta, Georgia  30309
    Phone:  404-348-8585
    Fax: 404-467-8845
    frank.brannen@lewisbrisbois.com
    adi.allushi@lewisbrisbois.com
    *Counsel for Defendant Railcrew Xpress, LLC and Liberty Mutual Fire Insurance Company.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1, I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman 14-point font.

_/s/ Joshua P. Weiss_
Joshua P. Weiss (Ga. Bar No. 500861)

## CERTIFICATE OF SERVICE

I, Joshua P. Weiss, hereby certify I electronically filed a true and exact copy of the foregoing pleading with the Clerk of Court via CM/ECF System through which the following attorney will be served:

> Franklin P. Brannen, Jr.
> Adi Allushi
> Counsel for Railcrew Xpress, LLC and Liberty Mutual
> Lewis Brisbois Bisgaard & Smith, LLP
> 1180 Peachtree Street, NE, Suite 2900
> Atlanta, GA 30309
> Frank.Brannen@lewisbrisbois.com
> Adi.Allushi@lewisbrisbois.com
>
> Willie C. Ellis Jr.
> Jeffrey S. Adams
> Counsel for Kristina Abernathy
> Hawkins Parnell & Young, LLP
> 303 Peachtree Street, NE, Suite 4000
> Atlanta, GA 30308
> wellis@hpylaw.com
> jadams@hpylaw.com

_____
Joshua P. Weiss (Ga. Bar No. 500861)

4849-7301-0359.1