# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| MARY CATHERINE BARENKLAU, Individually as surviving spouse, and as Administratrix of the Estate of JASON AUGUST BARENKLAU, deceased, | * * * | Civil Action File No.: 4:19-cv-208-AT |
| Plaintiff, | * | |
| v. | * | |
| RAILCREW XPRESS, LLC, KRISTINA PAIGE ABERNATHY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | * * * | |
| Defendants. | | |

_____

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
_____

COMES NOW Plaintiff MARY BARENKLAU, individually as the surviving spouse and as Administratrix of the ESTATE OF JASON AUGUST BARENKLAU (hereinafter "Plaintiff") and Defendants Railcrew Xpress, LLC, Kristina Paige Abernathy, and Liberty Mutual Fire Insurance Company (collectively, "Defendants"), and hereby files this Memorandum in Support of their

Joint Motion for Extension of Time to Complete Discovery. As explained below, there is good cause for the requested extension of time under Local Rule 16(b).

## ARGUMENT

This is a wrongful death case that arises from an incident on September 15, 2018, when Kristina Abernathy (hereinafter "Defendant Abernathy"), an employee of Railcrew Xpress, LLC (hereinafter "Defendant Railcrew"), is alleged to have struck Jason August Barenklau (hereinafter "Decedent"), a pedestrian, on Interstate 75.

The parties have and continue to work diligently to complete discovery in this matter. The Plaintiff sent interrogatories and request to produce documents to both Defendant Railcrew and Defendant Abernathy with her original Complaint, which both parties responded to on or about November 26, 2019[1]. Additional and crucial discovery, the ECM data from the vehicle, was provided by Defendant Railcrew on or about February 28, 2020. On March 11, 2020, the Plaintiff responded to Defendant Railcrew's discovery requests which were propounded on or about January 7, 2020. The Defendants require additional time to review the Plaintiff's recently provided discovery responses and to propound additional

---

[1] Plaintiff did not actually receive Abernathy's responses until December 5, 2019.

written discovery as may be required. All parties are still in good faith attempting to resolve current discovery disputes without the need for this Court's intervention.

The parties require additional time to provide expert disclosures and reports and conduct depositions. The Plaintiff gave notice in response to Defendant Railcrew's discovery that she has retained the services of an expert economist Dr. Charles Baum and an accident reconstruction expert Tommy Sturidvian. It is anticipated that each expert's Rule 26 disclosures will be complete by the end of the March 2020. Now that the parties have completed the substantial undertaking of written fact discovery, the parties intend to proceed with depositions of fact and expert witnesses. This process, however, remains uncertain in light of the spread of the coronavirus and COVID-19 disease, as recognized by the March 16 Order issued by Chief Judge Thrash.

The parties have not previously sought an extension in this action. Moreover, an extension of time will allow the parties to adequately review exchanged discovery before depositions, complete any follow-up discovery, resolve any outstanding discovery questions or disputes, and to request discovery sought from third parties. The parties make this motion in good faith and no party will be prejudiced by an extension of time.

Wherefore, the parties respectfully request that the deadline to complete discovery be extended until July 21, 2020.

This 23rd day of March, 2020.

Respectfully submitted,

By: _____
Joshua P. Weiss (Ga. Bar No. 500861)
ATTORNEY FOR PLAINTIFF
CAVETT, ABBOTT & WEISS, PLLC
801 Broad Street, Suite 428
Chattanooga, TN 37402
Telephone: 423-265-8805
Fax: 423-267-5915
Email: josh@cawpllc.com


By: /s/ *Jeffrey Adams* *Signed with Express Written Permission
Willie C. Ellis Jr. (Ga. Bar No. 246116)
Jeffrey S. Adams (Ga. Bar No. 164671)
*ATTORNEYS FOR KRISTINA PAIGE ABERNATHY*
HAWKINS PARNELL & YOUNG, LLC
303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308
Telephone: 404-614-7400
Fax: 404-614-7500
Email: wellis@hpylaw.com
         jadams@hpylaw.com

4812-1904-2743.1

By:   */s/ Adi Allushi* * Signed with Express Written Permission
FRANKLIN P. BRANNEN, JR.
Georgia Bar No. 076432
ADI ALLUSHI
Georgia Bar No. 852810
LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia  30309
Phone:  404-348-8585
Fax: 404-467-8845
frank.brannen@lewisbrisbois.com
adi.allushi@lewisbrisbois.com
*Counsel for Defendant Railcrew Xpress, LLC and Liberty Mutual Fire Insurance Company.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1, I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman 14-point font.

Joshua P. Weiss (Ga. Bar No. 500861)

4812-1904-2743.1

# CERTIFICATE OF SERVICE

I, Joshua P. Weiss, hereby certify I electronically filed a true and exact copy of the foregoing pleading with the Clerk of Court via CM/ECF System through which the following attorney will be served:

>Franklin P. Brannen, Jr.
>Adi Allushi
>Counsel for Railcrew Xpress, LLC and Liberty Mutual
>Lewis Brisbois Bisgaard & Smith, LLP
>1180 Peachtree Street, NE, Suite 2900
>Atlanta, GA 30309
>Frank.Brannen@lewisbrisbois.com
>Adi.Allushi@lewisbrisbois.com

>Willie C. Ellis Jr.
>Jeffrey S. Adams
>Counsel for Kristina Abernathy
>Hawkins Parnell & Young, LLP
>303 Peachtree Street, NE, Suite 4000
>Atlanta, GA 30308
>wellis@hpylaw.com
>jadams@hpylaw.com

_____
Joshua P. Weiss (Ga. Bar No. 500861)